UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY MAGEE, | ) | 1:06-CV-01304 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO WITHDRAW UNEXHAUSTED |
| | ) | CLAIM |
| v. | ) | [Doc. #22] |
| | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| KATHY MENDOZA-POWERS, | ) | RECOMMENDATION OF MARCH 6, 2007, |
| | ) | THAT HAD RECOMMENDED THE |
| Respondent. | ) | PETITION BE DISMISSED |
| | ) | [Doc. #20] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 6, 2007, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to exhaust state remedies with respect to Ground Two of the amended petition. The Court further recommended that Petitioner be granted leave to file a motion to withdraw the unexhausted claim deleting the unexhausted claim in order to avoid dismissal of the petition. The parties were granted thirty (30) days to file objections to the Findings and Recommendation.

On March 14, 2007, Petitioner filed objections to the Findings and Recommendation wherein Petitioner acknowledged the unexhausted claim. On March 21, 2007, he filed a motion to withdraw

1  the unexhausted claim as contemplated in this Court's Findings and Recommendation so as to avoid
2  dismissal of the petition.
3       Accordingly, good cause having been presented and good cause appearing therefor, the Court
4  hereby GRANTS Petitioner's motion to withdraw the unexhausted claim and VACATES the
5  Findings and Recommendation of March 6, 2007. The unexhausted claim is hereby DELETED from
6  the petition.
7       IT IS SO ORDERED.
8       **Dated:** **March 28, 2007**          **/s/ Dennis L. Beck**
  3b142a                                      UNITED STATES MAGISTRATE JUDGE