UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY MAGEE, | ) | 1:06-CV-01304 AWI NEW (DLB) HC |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR TIME IN LAW LIBRARY |
| v. | ) ) | [Doc. #27] |
| | ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| KATHY MENDOZA-POWERS, | ) ) | [Doc. #26] |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 1, 2007, Petitioner filed a motion for time in law library and a motion for appointment of counsel. In his motion for additional time in the law library, it appears that Petitioner is complaining he is not being granted sufficient time in the law library. He questions why he is not being provided access at certain times, and he requests the Court order prison authorities to provide him access. Petitioner's complaints involve the conditions of his confinement and are not appropriate in a petition for writ of habeas corpus. Petitioner is advised he should take this matter up administratively within the prison system, or if his administrative avenues are exhausted, then in a civil rights complaint pursuant to 42 U.S.C. § 1983.

Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1) Petitioner's motion for time in law library is DENIED; and

2) Petitioner's motion for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **May 8, 2007**                               /s/ **Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE