# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE, | 1:06-CV- 1304 AWI NEW (DLB) HC |
| Petitioner, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | |
| KATHY MENDOZA-POWERS, | (Document #14) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   On January 19, 2007, Respondent filed a motion to dismiss the petition because it contained both exhausted and unexhausted claims.   On March 22, 2007, Petitioner filed a request to withdraw the petition's unexhausted claims.   On March 29, 2007, the Magistrate Judge granted Petitioner's request and deleted the unexhausted claims from the petition. Respondent was then ordered to file an answer to the petition, which was filed on July 30, 2007.

An administrative review of the docket in this action reveals that Respondent's January 19, 2007 motion has been termed as an outstanding motion.   Because the unexhausted claims have been deleted from the petition, Respondent's motion to dismiss the petition is moot.

Accordingly, IT IS HEREBY ORDERED that Respondent's motion to dismiss (document #14) is DENIED as moot.   This action will proceed on the petition's merits.

IT IS SO ORDERED.

**Dated:   August 7, 2007**                    /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE