UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY MAGEE, | ) | 1:06-CV-01304 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #36] |
| v. | ) | |
| | ) | ORDER DENYING MOTION FOR |
| | ) | DEFAULT JUDGMENT |
| KATHY MENDOZA-POWERS, | ) | [Doc. #33] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 23, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Petitioner's motion for default judgment be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1  and Recommendation is supported by the record and proper analysis.

2      Accordingly, IT IS HEREBY ORDERED:

3      1. The Findings and Recommendation of July 23, 2007, are ADOPTED IN FULL; and

4      2. Petitioner's motion for default judgment is DENIED.

6  IT IS SO ORDERED.

7  **Dated:   September 7, 2007**           **/s/ Anthony W. Ishii**
                                                 UNITED STATES DISTRICT JUDGE